IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| JOHN HAUGER, | |
| Plaintiff, | CIVIL ACTION NO.: 4:23-cv-303 |
| v. | |
| METROPOLITAN LIFE INSURANCE COMPANY, | |
| Defendant. | |

**O R D E R**

On February 7, 2024, the Court administratively closed this action as the case had settled. (Doc. 28.)  Presently before the Court is a Stipulation of Dismissal With Prejudice, signed by counsel for Plaintiff and counsel for Defendant, wherein the parties state that they agree and stipulate to the dismissal of this action with prejudice, with each party to bear its own expenses and costs.  (Doc. 29.)  Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action has been **DISMISSED WITH PREJUDICE**.  The Clerk of Court is hereby authorized and **DIRECTED** to **REOPEN** this case, **TERMINATE** any pending motions, and **CLOSE** this case.

**SO ORDERED**, this 21st day of March, 2024.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA